AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JOHN DOE<br><br>Defendant(s) | ) ) ) ) ) ) )  Case No. 1:16MJ21 |

FILED
JAN 1 3 2016
CLERK ... RT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 20, 2012__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 1546(a) | Defendant did knowingly, intentionally, and unlawfully commit fraud and misuse of visas, permits, and other documents. |

This criminal complaint is based on these facts:

(See attached affidavit.)

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Jonathan Fahey/Jonathan Robell

_____
Complainant's signature

Tiffany J. Hill, Enforcement Officer, U.S. Customs and Border Protection
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __January 13, 2016__

City and state: __Alexandria, Virginia__

_____/s/_____
John F. Anderson
United States Magistrate Judge
*Judge's signature*

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*